# PRE-BILL

Date: 6/16/2020
Time: 11:33AM
Page: 1 of 2

## Krumbein Consumer Legal Services, Inc.

Rebecca M. Roach
1300 Buckingham Station Apt 3C
Midlothian, VA 23113

**Client:** 20-000021  Rebecca M. Roach
**Matter:** ROACH.R.AP1  Rebecca Roach v. Beyond Finance, Inc.
**Matter Type:** AD.P Adversary Proceeding  **Originating Timekeeper:** JMK
**File Open Date:** 4/10/2020  **Responsible Timekeeper:** JMK
**Billing Mode:** Hourly  **Bill Date:** 6/16/2020  **Billing Format Code:** GEN
  **Start Date:** 1/7/1900  **Fees/Costs Cut Date:** 6/16/2020
**Billing Frequency:** Monthly  **Last Bill:**  **Payments Cut Date:** 6/16/2020
**Remarks:**   **Type of Bill:** Regular

**Comments:**

| ACCOUNT AGING | Current | 30 - 59 Days | 60 - 89 Days | 90 Days and Over |
|---|---|---|---|---|
| | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

**Fees Billed to Date:** $0.00   **Costs Billed to Date:** $0.00

## Fees

| Ticket Number | Date | Timekeeper | Description | Hours | Amount | |
|---|---|---|---|---|---|---|
| 1 | 3/27/2020 | JMK | email with client | 0.10 | $45.00 | BL |
| 2 | 3/27/2020 | JMK | email with client | 0.10 | $45.00 | BL |
| 3 | 4/8/2020 | JMK | review email from client with copy of invoice/bill from defendant | 0.10 | $45.00 | BL |
| 4 | 4/9/2020 | JMK | schedule conference call with client and co-counsel | 0.20 | $90.00 | BL |
| 5 | 4/10/2020 | JMK | draft retainer agreement and other docs. Email to client. | 0.50 | $225.00 | BL |
| 6 | 4/11/2020 | JMK | zoom conference call with client and co-counsel | 0.50 | $225.00 | BL |
| 7 | 5/5/2020 | JMK | draft complaint | 2.00 | $900.00 | BL |
| 8 | 5/15/2020 | JMK | edit complaint and email to client | 1.10 | $495.00 | BL |
| 9 | 5/18/2020 | JMK | read/review email from co-counsel with edit suggestions. Edit complaint | 0.50 | $225.00 | BL |
| 10 | 5/18/2020 | JMK | read/review email from co-counsel on case law. | 0.20 | $90.00 | BL |
| 11 | 5/18/2020 | JMK | rad/review email from co-counsel with law issues. | 0.20 | $90.00 | BL |
| 12 | 5/18/2020 | JMK | re-edit complaint re-email to client and co-counsel | 1.10 | $495.00 | BL |
| 13 | 5/18/2020 | JMK | File complaint | 0.20 | $90.00 | BL |
| 14 | 5/18/2020 | JMK | review email from client and co-counsel confirming ready to go. | 0.10 | $45.00 | BL |

**Continued On Next Page**

| | | | | Date: | 6/16/2020 |
| | | | | Time: | 11:33AM |
| | | | | Page: | 2 of 2 |

# *PRE-BILL*

**Krumbein Consumer Legal Services, Inc.**

Client:  20-000021           Rebecca M. Roach
Matter: ROACH.R.AP1     Rebecca Roach v. Beyond Finance, Inc.

| | | | | | | |
|---|---|---|---|---|---|---|
| 15 | 5/20/2020 | JMK | email discussion about summons and how to serve. Reviewed FRBP 7004. | 0.20 | $90.00 | BL |
| 16 | 5/20/2020 | JMK | read ecf notice of co-counsel filing certificate of service | 0.10 | $45.00 | BL |
| 17 | 6/15/2020 | JMK | voicemail from defendant in house counsel. | 0.10 | $45.00 | BL |
| 18 | 6/15/2020 | JMK | email from in house counsel for defendant | 0.20 | $90.00 | BL |
| 19 | 6/16/2020 | JMK | discussion with co-counsel about case.<br>read emails scheduling call with defendant inhouse counsel. | 0.30 | $135.00 | BL |

|  | **Total Hours:** | 7.80 | |
|---|---|---|---|
|  | **Billable Hours:** | 7.80 | $3,510.00 |

**Timekeeper Summary**

Timekeeper JMK worked 7.80 hours at $450.00 per hour, totaling $3,510.00.

| | |
|---|---|
| **Prior Balance:** | $0.00 |
| **Payments Received:** | $0.00 |
| **Current Fees:** | $3,510.00 |
| **Sales Tax on Fees:** | $0.00 |
| **Advanced Costs:** | $0.00 |
| **Sales Tax on Costs:** | $0.00 |
| **Administrative Cost:** | $0.00 |
| **Late Charges:** | $0.00 |
| **Additional Retainer Due:** | $0.00 |
| **TOTAL AMOUNT DUE:** | **$3,510.00** |

**Fees and Costs [     ]      Fees Only [     ]      Costs Only [     ]      Don't Bill [     ]**