William A. Broscious. (Va. Bar No. 27436)
KEPLEY BROSCIOUS & BIGGS, PLC
2211 Pump Road
Richmond, Virginia 23233
(804) 741-0400 x202

  Trustee

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | | |
|---|---|---|
| **In re:** | ) | Chapter 7 |
| | ) | |
| **REBECCA MICHELLE ROACH,** | ) | Case No. 20-30705-KRH |
| | ) | |
| Debtor. | ) | |

### ORDER

This matter came before the Court on the Motion for Approval of Compromise and Settlement [*doc. no. 29*] (the "**Motion**") filed by William A. Broscious, Trustee (the "**Trustee**"), in the Chapter 7 bankruptcy case of the debtor, Rebecca Michelle Roach (the "**Debtor**"), pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure, seeking the Court's approval of arrangements pursuant to which the Debtor's bankruptcy estate (the "**Estate**") shall receive $1,500 (plus the costs of the service of the Motion (not to exceed $75.00)) (the "**Estate Settlement Amount**") from the proposed settlement (the "**Proposed Claims Settlement**") of the claims (the "**Claims**") asserted by the Debtor in *Rebecca Michelle Roach v. Beyond Finance, Inc., Adversary Proceeding No. 20-03041-KRH* (the "**Adversary Proceeding**"); and it appearing to the Court that the settlement arrangements proposed in the Motion are reasonable, fair, and equitable, and in the best interests of the creditors of the Estate; there being no objections to the Motion; and for good cause shown it is hereby ORDERED as follows:

1. The Motion be and hereby is GRANTED in its entirety.

2. The arrangements between the Trustee and the Debtor concerning the payment of the Estate Settlement Amount to the Estate be and hereby are approved.

3. The Proposed Claims Settlement by and between the Debtor and Beyond Finance, Inc., be and hereby is approved subject to the Estate Settlement Amount being paid to the Estate before the further distribution of the remaining settlement funds to the Debtor and her counsel.

4. The Trustee, on behalf of the Trustee and the Estate, be and hereby is authorized to enter into, execute, and deliver any and all release documentation that may be required by Beyond Finance, Inc., and any other documents or instruments, if any, necessary or appropriate in order to effectuate the release of the Claims.

5. The Trustee is authorized and empowered to take all actions necessary to implement the relief granted in this Order.

6. This is a final Order of the Court and the Court shall retain jurisdiction to hear and rule on any disputes arising from or related to the Motion or this Order.

ENTERED: Oct 22 2020

/s/ Kevin R Huennekens
UNITED STATES BANKRUPTCY JUDGE

Entered On Docket: Oct 26 2020

I ASK FOR THIS:

/s/ *William A. Broscious*
William A. Broscious, Esquire (Va. Bar No. 27436)
F. Lewis Biggs, Esquire (Va. Bar No. 40386)
KEPLEY BROSCIOUS & BIGGS, PLC
2211 Pump Road
Richmond, Virginia 23233

    *Trustee*

SEEN AND AGREED:


/s/ *Jason M. Krumbein*
Jason M. Krumbein, Esquire (Va. Bar No. 43538)
Krumbein Consumer Legal Services, Inc.
1650 Willow Lawn Drive
Suite 201
Richmond, Virginia 23230

    *Counsel for Rebecca Michelle Roach*

## **RULE 9022-1 CERTIFICATION**

Pursuant to LBR 9022-1, I hereby certify that true copies of the foregoing have been endorsed by and/or served upon all necessary parties.

>                               /s/ *William A. Broscious*
>                               Trustee

**SERVICE LIST**

William A. Broscious, Esquire
2211 Pump Road
Richmond, Virginia 23233

Kathryn R. Montgomery, Esquire
Assistant United States Trustee
Office of the U.S. Trustee
701 East Broad Street - Suite 4304
Richmond, Virginia 23219

Krumbein Consumer Legal Services, Inc.
Jason M. Krumbein, Esquire
1650 Willow Lawn Drive
Suite 201
Richmond, Virginia 23230

Richard M. Ferris, Esquire
FerrisWinder, PLLC
9327 Midlothian Tpke
Suite 1J
Richmond, Virginia 23235

Connie Kondik, Esquire
Beyond Finance, LLC (successor to Beyond Finance, Inc.)
7322 Southwest Freeway
Suite 1200
Houston, Texas 77074